**AFFIRM; and Opinion Filed March 10, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01051-CR

### GABRIEL DIAZ DUARTE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 2
### Dallas County, Texas
### Trial Court Cause No. F09-72606-I

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Lewis

Gabriel Diaz Duarte appeals following the adjudication of his guilt for aggravated assault

with a deadly weapon. *See* TEX. PENAL CODE ANN. § 22.02(a) (West 2011). The trial court

assessed punishment at two years' imprisonment. On appeal, appellant's attorney filed a brief in

which he concludes the appeal is wholly frivolous and without merit. The brief meets the

requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional

evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See*

*High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a

copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/David Lewis/
DAVID LEWIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

131051F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GABRIEL DIAZ DUARTE, Appellant

No. 05-13-01051-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court No. 2 of Dallas County, Texas (Tr.Ct.No. F09-72606-I).
Opinion delivered by Justice Lewis, Justices Lang-Miers and Myers participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered March 10, 2014.

/David Lewis/
DAVID LEWIS
JUSTICE